IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01934-LTB-PAC

STRING CHEESE INCIDENT TICKETING, LLC d/b/a BASELINE TICKETING, a Colorado
limited liability company,

      Plaintiff

v.

STYLUS SHOWS, INC., d/b/a THE SHAKEDOWN CAMPOUT & MUSIC FESTIVAL, a
Florida corporation;
HAL ABRAMSON, individually;
PETER VAUGHN SHAVER, ESQ.;
HAVER & ASSOCIATES, an Oregon law firm and
JOHN DOES NOS. 1 THROUGH X.

      Defendants.

---

## MOTION TO STAY DISCOVERY PURSUANT TO RULE 26(C)

---

Defendants Peter Vaughan Shaver, Esq. and Haver & Associates, through counsel, submit this

Motion to Stay Discovery Pursuant to Rule 26(C), stating as grounds:

1.      Certification.  Undersigned counsel certifies pursuant to Local Rule 7.1 that he

conferred with Plaintiff's counsel concerning this Motion.  Plaintiff objects to the relief requested in this

Motion.

2.      Rule 26 Fed.R.Civ.P. 26(c)(1) provides that upon motion and good cause shown, the

Court is authorized to enter an order that disclosure or discovery not be had.

3.    Peter Vaughan Shaver and Haver & Associates have moved to dismiss this action for lack of personal jurisdiction.  Mr. Shaver and Haver & Associates incorporate by reference their Motion to Dismiss and the Memorandum Brief they filed in support of that Motion.

4.    "The due process clause protects an individual's liberty interest in not being subject to the binding judgment of a form with which he has established no meaningful contacts, ties, or relations." *Burger King v. Rudzwicz*, 471 U.S. 462, 471-472, 105 S.Ct. 2174 (1985).  The requirement that "minimum contacts" be present protects a defendant, who has no meaningful contact with the state, from the burdens of defending the lawsuit far from home. *Benton v. Camco Corp.*, 375 F.3rd 1070, 1074 (10th Cir. 2004).

5.    Here, the Honorable Magistrate Patricia Coan has set a scheduling conference for February 1, 2006, to discuss the status of this case and discovery limitations and timing of discovery and disclosures.  Absent an order staying discovery, Peter Vaughn Shaver and Kohel Haver will be subject to the burden and expense of litigation even though the Court has not had an opportunity to rule on their Motion to Dismiss for Lack of Personal Jurisdiction.

6.    Mr. Shaver and Haver & Associates respectfully request that no disclosures or discovery take place in this action until such time as the Court has ruled on the Motion to Dismiss. Staying discovery is consistent with the purpose of allowing a defendant to challenge personal jurisdiction in a pre-answer motion, so as to avoid the expense, inconvenience, and burden of defending suit, unless and until the Court determines personal jurisdiction exists over them.

WHEREFORE, Mr. Shaver and Haver & Associates respectfully request that the Court stay disclosure and discovery unless and until the Court finds personal jurisdiction exists over either or both of them.

Respectfully submitted this 31st day of January 2006.

s/Patrick D. Tooley
Patrick D. Tooley, #15273
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Telephone: (303) 777-3737
FAX: 303-777-3823
E-mail: pdtooley@dillanddill.com
Attorney for Defendants Peter Vaughan Shaver, Esq.
and Haver & Associates

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed the foregoing MOTION TO STAY DISCOVERY PURSUANT TO RULE 26(C) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rsander@siplaw.com

and I hereby certify that I have mailed or served the documents or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Hal R. Abramson
18127 Bowie Mill Road
Rockville, MD 20855                    *Via First Class Mail*

s/Tina M. Dorau

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01934-LTB-PAC

STRING CHEESE INCIDENT TICKETING, LLC d/b/a BASELINE TICKETING, a Colorado
limited liability company,

      Plaintiff

v.

STYLUS SHOWS, INC., d/b/a THE SHAKEDOWN CAMPOUT & MUSIC FESTIVAL, a
Florida corporation;
HAL ABRAMSON, individually;
PETER VAUGHN SHAVER, ESQ.;
HAVER & ASSOCIATES, an Oregon law firm and
JOHN DOES NOS. 1 THROUGH X.

      Defendants.

## ORDER TO STAY DISCOVERY PURSUANT TO RULE 26(C)

The Court, having reviewed Defendants Peter Vaughan Shaver, Esq. and Haver &

Associates's Motion to Stay Discovery, and having been advised in the premises,

IT IS HEREBY ORDERED THAT:

1.     Defendants Peter Vaughan Shaver, Esq. and Haver & Associates's Motion to Stay

Discovery is GRANTED; and

2.     Orders that disclosure and discovery due under civil procedure is hereby stayed unless

and until the Court determines personal jurisdiction over them.

BY THE COURT:

                                    _____

                                      Chief Judge Lewis T. Babcock