**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01934-LTB-PAC

STRING CHEESE INCIDENT, LLC, d/b/a
BASELINE TICKETING, a Colorado limited liability company,

       Plaintiff,

v.

STYLUS SHOWS, INC. d/b/a
THE SHAKEDOWN CAMPOUT & MUSIC FESTIVAL, a Florida corporation;
HAL ABRAMSON, individually,
PETER VAUGHN SHAVER, ESQ.,
HAVER & ASSOCIATES, an Oregon law firm, and
JOHN DOES NOS. I through X,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendant Abramson's Motion to Stay Proceedings for Ten Days (Doc 46 - filed May 4, 2006) is **GRANTED up to and including May 18, 2006**.

Dated:  May 5, 2006
_____