# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil action No. 05-cv-01934-LTB-PAC

STRING CHEESE INCIDENT TICKETING, LLC d/b/a BASELINE TICKETING, a Colorado limited liability Company,

       Plaintiff,

v.

STYLUS SHOWS, INC., d/b/a THE SHAKEDOWN CAMPOUT & MUSIC FESTIVAL, a Florida corporation;
HAL ABRAMSON, individually;
PETER VAUGHN SHAVER, ESQ.,
HAVER & ASSOCIATES, an Oregon law firm and
JOHN DOES NOS. 1 THROUGH X.

       Defendants.
_____

## ORDER
_____

Upon Plaintiff's Confession of Defendant Abramson's Motion to Dismiss for Lack of Personal Jurisdiction (Doc 52 - filed June 14, 2006), it is

ORDERED that the claims against Defendant Hal Abramson are DISMISSED WITHOUT PREJUDICE, each party to pay their own fees and costs.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: June 16, 2006