**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil action No. 05-cv-01934-LTB-PAC

STRING CHEESE INCIDENT TICKETING, LLC d/b/a BASELINE TICKETING, a Colorado limited liability Company,

        Plaintiff,

v.

STYLUS SHOWS, INC., d/b/a THE SHAKEDOWN CAMPOUT & MUSIC FESTIVAL, a Florida corporation;
HAL ABRAMSON, individually;
PETER VAUGHN SHAVER, ESQ.,
HAVER & ASSOCIATES, an Oregon law firm and
JOHN DOES NOS. 1 THROUGH X.

        Defendants.

_____

**ORDER**
_____

        This case is before me on the Response of Hal Abramson, President, Stylus Shows, Inc., to Proposed Order and Request for Continuance. Plaintiff has filed a response.

        Mr. Abramson is not an attorney. Stylus Shows, Inc., is a corporation. A corporation may appear only through an attorney duly licensed before this Court. Accordingly

        IT IS ORDERED that the Request for Continuance [#55] is DENIED. Plaintiff's Motion for Default Judgment [#54] will be considered by separate order.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: January 4, 2007