IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01934-LTB-KLM

STRING CHEESE INCIDENT TICKETING, LLC d/b/a BASELINE TICKETING, a Colorado
limited liability company,

      Plaintiffs

v.

STYLUS SHOWS, INC., d/b/a THE SHAKEDOWN CAMPOUT & MUSIC FESTIVAL, a
Florida corporation;
HAL ABRAMSON, individually;
PETER VAUGHN SHAVER, ESQ.;
HAVER & ASSOCIATES, an Oregon law firm and
JOHN DOES NOS. 1 THROUGH X

      Defendants

---

## ORDER GRANTING MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

---

      **THIS COURT**, having reviewed Defendant's Motion to Withdraw Motion for Default Judgment, and being fully advised in the premises,

      **HEREBY ORDERS:** The Motion for Withdrawal of Plaintiff's Motion for Default Judgment is **GRANTED.** This matter is hereby considered terminated.

November __13__, 2007.

                         _s/Lewis T. Babcock_____
                         United States District Court Judge